**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 31, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 694**

In the Matter of　　　　　　　　　　　　Case Number:

Abdikarim Mohamud v. Ruth A. Dorochoff, District Director of the USCIS, Department of Homeland Security; Robert S. Mueller, Director, Federal Bureau of Investigation et al.
Defendants

**JUDGE COAR**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Abdikarim Mohamud

| | |
|---|---|
| NAME (Type or print) Mark S. Davidson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Davidson & Schiller, LLC. | |
| STREET ADDRESS One North LaSalle Street, Suite 2400 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 14722 | TELEPHONE NUMBER (312)499-9000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐