UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDIKARIM MOHAMUD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUTH A. DOROCHOFF, District Director of the USCIS, Department of Homeland Security, *et al.,*<br><br>　　　　　Defendants | No. 08 C 694<br><br>Judge Coar |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By: s/ Ann L. Wallace
　　　　　　　　　　　　　　　　　　　　ANN L. WALLACE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　(312) 886-9082
　　　　　　　　　　　　　　　　　　　　ann.wallace@usdoj.gov