## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 694 | **DATE** | 5/12/2008 |
| **CASE TITLE** | ABDIKARIM MOHMUD vs. RUTH A. DOROCHOFF, ET AL | | |

**DOCKET ENTRY TEXT**

On the Court's own Motion, the plaintiff is ordered to file by 6/3/2008, a memorandum of points and authorities as to the jurisdiction of this Court to award the relief sought in this case. Status hearing set for 6/11/2008 at 9:00 a.m.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|