UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDIKARIM MOHAMUD<br>A077-607-090 | )<br>)<br>) | |
| Plaintiff, | ) | No. 08 C 694 |
| v. | ) | Judge David H. Coar |
| | ) | |
| RUTH A. DOROCHOFF, District<br>Director of the USCIS,<br>Department of Homeland<br>Security, *et al.*, | )<br>)<br>)<br>) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF ROUTINE MOTION

TO:

    Ann L. Wallace

    Assistant U.S. Attorney
    219 S. Dearborn St.
    Chicago, IL 60604

On June 4, 2008 at 9 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar in Courtroom 1419 at the United States District Court Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL and present Plaintiff's **Motion to Dismiss Complaint for Mandamus.**

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000

## **PROOF OF SERVICE**

I, Mark Davidson, appearing on behalf of Plaintiff, certify that on May 29, 2008, I served a copy of this above captioned motion to dismiss to ECF filer Ann L. Wallace, Assistant U.S. Attorney, by way of the district court's ECF system.

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000