## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Abdikarim Mohamud

                              Plaintiff,

v.                                                    Case No.: 1:08−cv−00694
                                                      Honorable David H. Coar

Ruth A. Dorochoff, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 3, 2008:

        MINUTE entry before the Honorable David H. Coar: Motion by Plaintiff
Abdikarim Mohamud to dismiss [8] is Granted. All matters having been resolved, this
action is dismissed. Civil case is terminated.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at **www.ilnd.uscourts.gov**.