# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 694 | **DATE** | 6/3/2008 |
| **CASE TITLE** | Mohamud vs. Dorochoff, et al | | |

**DOCKET ENTRY TEXT**

Motion by Plaintiff Abdikarim Mohamud to dismiss [8] is Granted.  All matters having been resolved, this action is dismissed.  Civil case is terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|